## INGOMAR LIMITED PARTNERSHIP *v.* CURTIS PACKER

The defendant's petition for certification for appeal from the Appellate Court (AC 28892) is dismissed.

*Joseph L. Rini,* in support of the petition.

*Geoffrey K. Milne,* in opposition.

Decided January 4, 2008

## LEANNA PUTMAN *v.* CHRISTOPHER B. KENNEDY

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 26 (AC 25220), is denied.

SCHALLER, J., did not participate in the consideration or decision of this petition.

*Norman A. Pattis* and *John F. Geida,* in support of the petition.

Decided January 9, 2008

## STATE OF CONNECTICUT *v.* CHRISTOPHER JENKINS

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 104 Conn. App. 417 (AC 26833), is granted, limited to the following issue:

"Did the Appellate Court correctly determine that the trial court improperly denied the defendant's motion to suppress?"

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 18077.